Magistrate Judge Mary Alice Theiler

IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE ORDER REQUIRING GOOGLE, INC. TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT ISSUED BY THIS COURT | Case No. MJ15-00476<br><br>**ORDER** |

Before the Court is the Government's motion for an order requiring Google, Inc. ("Google") to assist law enforcement agents in the search of one Android device. Upon consideration of the motion, and for the reasons stated therein, it is hereby

ORDERED that Google assist law enforcement agents acting in support of a search warrant issued separately by this Court in the examination of one Android device, specifically a Motorola Model #XT1023 with the serial number 359301050376184 operating on an unknown network ("Android Device");

FURTHER ORDERED that Google shall, if necessary, reactivate the Google account associated with the Android Device;

FURTHER ORDERED that Google shall: (1) provide a single password reset for the Android Device; (2) provide the new password to the law enforcement officer executing the

ORDER REQUIRING GOOGLE, INC. TO
ASSIST IN EXECUTION OF SEARCH WARRANT/ - 1
USAO # 2015R00997

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

search warrant; and (3) upon unlocking the Android Device, again reset the Google account password promptly upon notice that the imaging of the phones is complete, without providing it to the law enforcement officer or agency so as to prevent future access;

FURTHER ORDERED that the reset process need not be unobtrusive to the subject, the subject may receive notice to one or more accounts of the reset, and such notice is not a violation of any seal or nondisclosure requirement;

FURTHER ORDERED that the law enforcement agent executing the search warrant is prohibited from using or attempting to use the new password to attempt to access the subject's online accounts other than as synchronized on and stored in memory within the Android Device at the time of execution of the warrant.

Signed,

*[signature]*

MARY ALICE THEILER
UNITED STATES MAGISTRATE JUDGE

Date: Oct 27, 2015

ORDER REQUIRING GOOGLE, INC. TO
ASSIST IN EXECUTION OF SEARCH WARRANT/ - 2
USAO # 2015R00997

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970