AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED ENTERED
LODGED RECEIVED

JAN 14 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MJ15-476
A wireless telephone and a GPS device, as further )
described in Attachment A )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location)*:

A wireless telephone and a GPS device, as further described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B for a list of items to be seized.

**YOU ARE COMMANDED** to execute this warrant on or before Nov. 9, 2015 *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___any U.S. Magistrate Judge in West. Dist. of Washington___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
  ☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: Oct 26, 2015 2:30pm                   _____
                                                              Judge's signature

City and state: Seattle, Washington           United States Magistrate Judge Mary Alice Theiler
                                                             *Printed name and title*

USAO #2015R0306

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ 15-476 | October 26, 2015 | Seized item |

Inventory made in the presence of:
SA Ian Wallace

Inventory of the property taken and name of any person(s) seized:

Data Extraction from Garmin Map 78 GPS.

Data Extraction from Sim Card within Motorola XT1023 cellular Phone

No further information

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. 1/16/16 [initials]

Date: 11-19-15

_____
Executing officer's signature

Jennifer Hinckley
Printed name and title

# ATTACHMENT A

The property to be searched are

A Motorola XT1023 cellular telephone with the serial number 359301050376184, and

A Garmin Map 78, global positioning systems device, serial number 1WQ079961.

The SUBJECT DEVICES are currently located at HSI Blaine Washington's Seized Property Vault.

This warrant authorizes the forensic examination of the SUBJECT DEVICES for the purpose of identifying the electronically stored information described in Attachment B.

# ATTACHMENT B

1.  All records on the SUBJECT DEVICES described in Attachment A that relate to the crimes of Possession of Controlled Substances with Intent to Distribute, (21 U.S.C. § 841(a)(1) and (b)(1)(C)) and Importation of a Controlled Substance (21 U.S.C. § 952(a), 960(a)(1) and 960(b)(3)) since January 1, 2015, including:

    a. any information about suspected drug customers or drug trafficking associates, including but not limited to names, phone numbers, addresses, pictures, videos, or any other identifying information;

    b. any information about types, amounts, and prices of drugs trafficked as well as dates, places, and amounts of specific transactions;

    c. any information related to sources of drugs, including but not limited to names, addresses, phone numbers, or any other identifying information;

    d. any information related to the purpose or nature of Wen-Xian Zhang's activities on or around August 27, 2015, including but not limited to information about where he was supposed to go, who he was supposed to meet, how he was supposed to travel, and what he was supposed to do;

    e. any information related to Wen-Xian Zhang's or the GPS Device's location from January 1, 2015, to the present;

    f. any information recording Wen-Xian Zhang's schedule or travel from January 1, 2015, to the present;

    g. all bank records, checks, credit card bills, account information, and other financial records;

    h. any information about law enforcement locations or practices and methods for avoiding detection by law enforcement;

2.  Evidence of user attribution showing who used or owned the SUBJECT DEVICES at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

4. Records of locations where the SUBJECT DEVICE traveled, including GPS data, maps, addresses, network data, and other information.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.